Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jack Thomas Waldrop, Jr. |
| **Docket Number:** | 1:03CR05320-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 03/01/2004 |
| **Original Offense:** | 18 USC 1342 and 2, Mail Fraud and Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 21 months Bureau of Prisons; 36 months supervised release; $100 special assessment; $92,852 restitution; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) Provide access to requested financial information; 3) Drug/alcohol treatment; 4) Drug/alcohol testing; 5) Alcohol restrictions; and 6) Aftercare co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/11/2005 |
| **Assistant U.S. Attorney:** | Sherrill A. Carvalho                **Telephone:** (559) 497-4049 |
| **Defense Attorney:** | Melody Walcott                **Telephone:** (559) 487-5561 |

**RE:**   **Jack Waldrop**
     **Docket Number: 1:03CR05320-01**
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| **10/20/2006**: | Court ordered no-bail warrant. Warrant in response to supervisee's 1) Failure to Advise Probation Officer of Whereabouts; 2) Failure to Participate in Alcohol Counseling; 3) Failure to Submit Monthly Reports; 4) Failure to Pay Monthly Restitution; and 5) Failure to Refrain from the Use of Alcohol. |
| **03/29/2008:** | Court approves Superseding Petition alleging additional charges, to wit: New Law Violation. |
| **06/09/2008:** | Sentencing on violation of supervised release. Supervised release revoked and supervisee sentenced to 9 months custody of Bureau of Prisons with 27 months supervised release to follow. |
| | Special conditions: 1) Search; 2) No dissipation of assets; 3) Provide access of financial information; 4) No new credit or additional lines credit; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) Alcohol restrictions; 8) Mental health counseling; 9) Aftercare co-payment; and 10) DNA testing |

**RE:     Jack Waldrop**
         **Docket Number:  1:03CR05320-01**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, to wit: Turning Point's Comprehensive Sanction Center, for up to 120 days; said placement shall commence immediately [18 USC 3563(b)(11)]. The defendant shall pay the cost of confinement as determined by the Bureau of Prisons, and shall not leave the facility without the prior approval of the United States Probation Office or the program director.

**Justification:**   On June 9, 2008, the supervisee was sentenced to nine months custody in the Bureau of Prisons following sentencing on a violation of supervised release, with a supervised release term of 27 months to follow.  On October 1, 2008, the supervisee was released directly to Turning Point's Comprehensive Sanction Center (CSC) in Fresno, California, and is scheduled to re-commence supervise release on October 31, 2008.

Initially, the supervisee's release plan was in the State of Oregon, but during his incarceration plans changed and now the supervisee has no release plan in the Eastern District of California, to wit: Fresno, California.  Prior to absconding, the supervisee lived at Masten Towers and was earning a fixed income through social security.  However, his award was temporarily discontinued due to his incarceration in the Bureau of Prisons.

CSC staff have assisted the supervisee in attempting to have his social security benefits expedited so he could obtain his award and find housing.  However, the social security administration will not expedite his award while in "custody" status.  He will have to wait until his supervised release commences, to wit: October 31, 2008.  At this time, the supervisee will be released from CSC with no viable release plan.   CSC staff have agreed, however, to allow the supervisee remain in the facility as a public law placement for a period not exceeding 120 days.  This extension will allow the supervisee make contact with the social security administration and expedite his award, then make contact with either Masten Towers or The California Hotel for housing arrangements.

RE:     **Jack Waldrop**
        **Docket Number:  1:03CR05320-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

The undersigned officer met with the supervisee at CSC during which time he agreed with the modification of his special conditions and signed the *Waiver of Hearing to Modify Conditions of Supervised Release,* which is attached.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**
Telephone:  (559) 499-5725

DATED:      October 17, 2008
            Fresnoj, California
            tp


**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ**
                  **Supervising United States Probation Officer**


**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:  __October 21, 2008__          __/s/ Anthony W. Ishii__
                                      CHIEF UNITED STATES DISTRICT JUDGE